UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:  
Paul S. Berglund  
Ruth Helen Bingham  

MODIFIED CHAPTER 13 PLAN

Dated: September 13, 2012

Debtor(s).   Case No.: 12-34181

---

1. **PAYMENTS BY DEBTOR** -
    a. As of the date of this plan, the debtor has paid the trustee $ 700.00.
    b. After the date of this plan, the debtor will pay the trustee $100.00 per month for 3 months, followed by $700.00 per month for 2 months, followed by $970.00 per month for 54 months, beginning September 20, 2012, for a total of $54,080.00. The minimum plan length is 36 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
    c. The debtor will also pay the trustee - N/A
    d. The debtor will pay the trustee a total of $ 54,780.00 [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE-** The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $5,478.00, [line 1(a) + line 1(b) + line 1(c).

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** – The trustee will promptly pay from available funds adequate protection payments to creditors hold allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly Payment | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|
| a. _____ | $_____ | _____ | $_____ |
| b. _____ | $_____ | _____ | $_____ |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** – The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth paragraph 7. Creditors may continue to send statements to the debtor(s).

| Creditor | Description of Claim |
|---|---|
| a._____ | _____ |
| b._____ | _____ |

5. **CLAIMS NOT IN DEFAULT** – Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. Creditors may continue to send statements to the debtor(s).

| Creditor | Description of Claim |
|---|---|
| a._____ | _____ |
| b._____ | _____ |

6. **HOME MORTGAGES IN DEFAULT (§1322(b)(5) and §1322(e)]** - The trustee will cure defaults on claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates*. The trustee will pay the actual amounts of default. **Creditors may continue to send statements to the debtor(s).**

| Creditor | Amount Of Default | Monthly Payment | Beginning In Month # | Number Of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Chase Manhattan Mortgage Corp*. | $8,173.58 | $630.00 | 7 | 13 | $8,173.58 |
| b. _____ | $_____ | _____ | _____ | _____ | $_____ |
| c. _____ | $_____ | _____ | _____ | _____ | $_____ |
| d. TOTAL | | | | | $8,173.58 |

*Property at 1700 Carl St., Lauderdale, MN 55113

7. **CLAIMS IN DEFAULT [§ 1322(b)(3) and (5) and § 1322(e)]** - The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.* Creditors may continue to send statements to the debtor(s).

| Creditor | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning In Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. _____ | $_____ | _____ | _____ | _____ | _____ | $_____ |
| b. _____ | $_____ | _____ | _____ | _____ | _____ | $_____ |
| c. _____ | $_____ | _____ | _____ | _____ | _____ | $_____ |

8. **OTHER SECURED CLAIMS: SECURED CLAIM AMOUNT IN PLAN CONTROLS [§1325(a)(5)]** – The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured

claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. §1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE VALUE THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int Rate | Beginning In Month # | Monthly Payment X | Number of Payments | = | Payments on Account of Claim | + | Adequate Protection Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. _____ | $____ | $____ | ____% | ____ | ____ | ____ | | $____ | | $____ | $____ |
| b. _____ | $____ | $____ | __ | ____ | ____ | ____ | | $____ | | $____ | $____ |
| c. _____ | $____ | $____ | __ | ____ | ____ | ____ | | $____ | | $____ | $____ |
| d. TOTAL | | | | | | | | | | | $____ |

9. **PRIORITY CLAIMS** – The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates.* The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly Payment | Beginning In Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Attorney Fees | $3500.00 | $640.00 | 1 | 6 | $3500.00 |
| b. Domestic Support | $____ | $____ | ____ | ____ | $____ |
| c. Internal Revenue Serv. | $35,422.04 | $available funds | 20 | ____ | $35,422.04 |
| d. Minn. Dept. of Revenue | $____ | $available funds | 20 | ____ | $____ |
| e. _____ | $____ | $____ | ____ | ____ | $____ |
| f. TOTAL | | | | | $38,922.04 |

10. **SEPARATE CLASS OF UNSECURED CREDITORS** - In addition to the class of unsecured creditors specified in paragraph 11, there shall be a separate class of nonpriority unsecured creditors described as follows:_____
The trustee will pay the allowed claims of the following creditors. *All entries below are estimates.*

| Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. | | | | | | |

11. **TIMELY FILED UNSECURED CREDITORS** - The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under paragraphs 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $2,206.38 [line 1(d) minus lines 2, 6(d), 7(d) 8(d), 9(f), and 10(c)].
   a.    The debtor estimates that the total unsecured claims held by creditors listed in paragraph 8 are $_____.
   b.    The debtor estimates that the debtor's total unsecured claims (excluding those in paragraph 8 and paragraph 10) are $ 156,555.00.
   c.    Total estimated unsecured claims are $156,555.00 [line 11(a) + line 11(b)].

12. **TARDILY-FILED UNSECURED CREDITORS** - All money paid by the debtor to the trustee under paragraph 1, but not distributed by the trustee under paragraphs 2, 3, 6, 7, 8, 9, 10, or 11 shall be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS** – a. **The Trustee may distribute funds not allocated above at his or her discretion.**
   b.    If a creditor does not receive notice in time for timely filing of a claim, the creditor or the debtor's counsel shall notify the trustee, and the trustee shall treat such a claim as timely filed for purposes of distribution.
   c.    Chase Home Finance shall have relief from the automatic stay to exercise its remedies pursuant to state law with respect to the property at 1975 Malvern Street, St. Paul, MN 55113.

14. **SUMMARY OF PAYMENTS** -

| | |
|---|---|
| Trustee's Fee [Line 2] | $ 5,478.00 |
| Home Mortgage Defaults [Line 6(d)] | $ |
| Claims in Default [Line 7(d)] | $ 8,173.58 |
| Other Secured Claims [Line 8(d)] | $ |
| Priority Claims [Line 9(f)] | $ 38,922.04 |
| Separate Classes [Line 10(c)] | $ |
| Unsecured Creditors [Line 11] | $ 2,206.38 |
| TOTAL [must equal Line 1(d)] | $ 54,780.00 |

Gregory J. Wald  ID #165244
Attorney for Debtor(s)
3800 American Blvd. W., Ste. 1500
Bloomington, MN 55431
(952) 921-5802

Signed/e/ Paul S. Berglund_____
               DEBTOR

Signed/e/ Ruth Helen Bingham_____
               DEBTOR (if joint case)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                                          Case No.  12-34181 GFK
Paul S. Berglund  xxx-xx-9190
1975 Malvern St.
St. Paul, MN 55113
and                                                                                              Chapter 13
Ruth Helen Bingham  xxx-xx-3589
1700 Carl St.
Lauderdale, MN 55113,
                    Debtors.

---

**NOTICE OF FILING MODIFIED PLAN PRIOR TO CONFIRMATION**

---

TO:  Jasmine Z. Keller, Trustee, U.S. Trustee, all other parties entitled to notice

　　　PLEASE TAKE NOTICE that the Debtor herewith files the attached Modified Chapter 13 Plan prior to confirmation, pursuant to Local Rule 3015-2(a).  The hearing on confirmation of the Modified Plan is set for October 25, 2012, at 10:30 a.m., in Courtroom No. 2A, U.S. Courthouse, 316 N. Robert Street, St. Paul, MN 55101.  Any response to this motion shall be delivered not later than 24 hours prior to the time and date set for the confirmation hearing or mailed not later than three days prior to the date set for the confirmation hearing.

　　　Debtor's employer has experienced a decrease in business due to loss of a government contract.  As a result, the Debtor expects his income to be reduced by at least $600.00 per month during the months of September, October and November, 2012.  The Modified Plan reduces the amount of the payment to the trustee to $100.00 per month during these months.

Dated:__9/19/12_____                                                By:_/e/ Gregory J. Wald_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　 Gregory J. Wald, Attorney for the
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　　 3800 American Boulevard West
　　　　　　　　　　　　　　　　　　　　　　　　　　　 Bloomington, MN 55431
　　　　　　　　　　　　　　　　　　　　　　　　　　　 952/921-5802  ID 165244

In Re:                                            **U. S. BANKRUPTCY COURT**
                                                    **DISTRICT OF MINNESOTA**

Paul S. Berglund
Ruth Helen Bingham

Debtor(s) BKY Case No. 12-34181 GFK        **UNSWORN DECLARATION**
                                                               **FOR PROOF OF SERVICE**

I, Janice Wald, legal assistant at the office of Gregory J. Wald, attorney licensed to practice law in this court, with office address of 3800 American Blvd West, Suite 1500, Bloomington, Minnesota 55431, declares that on September 19, 2012, I served the **Notice of Filing Modified Plan Prior to Confirmation, proposed Modified Chapter 13 Plan,** upon each of the entities named below by Electronic Noticing and:

Jasmine Z. Keller, Trustee

Office of the U.S. Trustee

that on September 19, 2012, I served the **Notice of Filing Modified Plan Prior to Confirmation, proposed Modified Chapter 13 Plan** upon each of the entities named below by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid and depositing same in United States Post Office in Hennepin County, Minnesota addressed to each of them as follows:

SEE ATTACHMENT A

-------------------------------------------------------------------------------------------------

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:  09-19-12                      Signed:  */e/ Janice Wald*

ATTACHMENT A


PAUL S. BERGLUND
1975 MALVERN ST
ST PAUL   MN   55113


RUTH BINGHAM
1700 CARL ST
LAUDERDALE   MN   55113


ALLIED INTERSTATE INC.
3000 CORPORATE EXCHANGE DRIVE
5TH FLOOR
COLUMBUS OH 43231



ALLINA HOSPITALS & CLINICS
2925 CHICAGO AVE
MINNEAPOLIS MN 55407-1321



BANK OF AMERICA
BILLING INQUIRIES/BKY. DEPT.
P.O. BOX 982235
EL PASO TX 79998



BEST BUY RETAIL SERVICE
PO BOX 15521
WILMINGTON DE 19850



BOOK OF THE MONTH
CUSTOMER SERVICE

```
CACH
C/O LAW OFFICE OF SAM STREETER
PO BOX 420670
HOUSTON TX 77242




CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130




CHASE BANK USA
800 BROOKSEDGE BLVD
WESTERVILLE OH 43081




CHASE CARD SERVICES
PO BOX 15298
WILMINGTON DE 19850-5298




CHASE HOME FINANCE
PO BOX 509011
SAN DIEGO CA 92150-9011




CHASE HOME FINANCE
PO BOX 78420
PHOENIX AZ 85062-8420




CHASE MANHATTAN MORTGAGE CORP
3415 VISION DRIVE
COLUMBUS OH 43219




CHASE MASTERCARD
PO BOX 15298
WILMINGTON DE 19850
```

CHASE VISA
PO BOX 15298
WILMINGTON DE 19850


CITIBANK
PO BOX 6500
SIOUX FALLS SD 57117


CITIBANK
PO BOX 6241
SIOUX FALLS SD 57117


CITIBANK
701 E 60TH ST N
SIOUX FALLS SD 57104


CONVERGENT OUTSOURCING, INC.
PO BOX 9004
RENTON WA 98057-9004


DIRECT LOAN SERVICING CENTER
U.S. DEPARTMENT OF EDUCATION
P.O. BOX 5609
GREENVILLE TX 75403


DISCOVER BANK
PO BOX 30395
SALT LAKE CITY UT 84130


ENCORE RCVABLE MNGMT INC.
PO BOX 3330
OLATHE KS 66063-3330

FAIRVIEW HEALTH SERVICES
PO BOX 9372
MINNEAPOLIS MN 55440-9372


FAIRVIEW HOME MEDICAL EQUIPMEN
PO BOX 1221
MINNEAPOLIS MN 55440


FAIRVIEW UNIVERSITY PARENT LOC
A/T JC CHRISTENSEN & ASSOC
PO BOX 519
SAUK RAPIDS MN 56379


FMA ALLIANCE LTD
11811 NORTH FREEWAY STE 900
HOUSTON TX 77060


GE MONEY BANK/SAM'S CLUB
PO BOX 530942
ATLANTA GA 30353-0942


GURSTEL CHARGO
6681 COUNTRY CLUB DRIVE
GOLDEN VALLEY MN 55427


HENNEPIN COUNTY MEDICAL CENTER
PO BOX 1238
MINNEAPOLIS MN 55440-1238


HOME DEPOT CREDIT SERVICES
PO BOX 689100
DES MOINES IA 50368

```
HOME DEPOT CREDIT SERVICES
CITIGROUP
PO BOX 653000
DALLAS TX 75265



INTERNAL REVENUE SERVICE
ATTN:   STOP 5700
30 E. 7TH ST, SUITE 1222
ST PAUL MN 55101-4940



JC PENNY
PO BOX 981131
EL PASO TX 79998



JOHNSON RODENBERG & LAUINGER
1004 EAST CENTRAL AVE.
PO BOX 4127
BISMARCK ND 58502-4127



KOHLS PAYMENT CENTER
PO BOX 2983
MILWAUKEE WI 53201



LVNV FUNDING LLC
PO BOX 10587
GREENVILLE SC 29603



MESSERLI & KRAMER PA
3033 CAMPUS DRIVE SUITE 250
PLYMOUTH MN 55441
```

```
MIDLAND CREDIT MANAGEMENT, INC
RECOVERY DEPT.
8875 AERO DRIVE, SUITE 200
SAN DIEGO CA 92123



MINNESOTA DEPT OF REVENUE
COLLECT DIV, 551-BANKRUPTCY
PO BOX 64447
ST PAUL MN 55164



NAFS - NATIONAL ACTION FINANCI
PO BOX 9027
WILLIAMSVILLE NY 14221-9027



NCO FINANCIAL SYSTEMS INC
DEPT 64
TRENTON NJ 08650



NCO FINANCIAL SYSTEMS INC
507 PRUDENTIAL ROAD
HORSHAM PA 19044



NORTHERN FINANCIAL SYSTEMS INC
PO BOX 19560
MINNEAPOLIS MN 55419



PLAZA ASSOCIATES
370 SEVENTH AVE
NEW YORK NY 10001-3900



PORTFOLIO RECOVERY
120 CORPORATE BLVD, STE 100
NORFOLK VA 23502
```

RAUSCH STURM ISRAEL ENERSON
& HORNICK
3209 W. 76TH ST., SUITE 301
MINNEAPOLIS MN 55435


RJM ACQUISITIONS, LLC
575 UNDERHILL BLVD., SUITE 2
SYOSSET NY 11791


SEARS GOLD MASTERCARD
PO BOX 688957
DES MOINES IA 50368


SEARS PREMIER
PO BOX 688956
DES MOINES IA 50368


SHAPIRO & ZIELKE
12550 WEST FRONTAGE ROAD
SUITE 200
BURNSVILLE MN 55337


SPRINT - BANKRUPTCY DEPARTMENT
MIDWEST DIVISION
5600 N RIVER ROAD
ROSEMONT IL 60019-9111


STEWART ZLIMEN & JUNGERS, LTD.
2277 HIGHWAY 36 WEST, #100
ROSEVILLE MN 55113

```
TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS MN 55459



UNITED COLLECTION BUREAU, INC
5620 SOUTHWYCK BLVD SUITE 206
TOLEDO OH 43614



UNIVERSITY OF MN PHYSICIANS
SDS 12-1562
MINNEAPOLIS MN 55486



US DEPT. OF EDUCATION
501 BLEECKER ST
UTICA NY 13501



USSET,  WEINGARDEN & LIEBO
4500 PARK GLEN ROAD, SUITE 300
ST. LOUIS PARK MN 55416



WELLS FARGO EDUCATIONAL
FINANCIAL SERVICES
301 E 58TH ST N
SIOUX FALLS SD 57104



WOLPOFF & ABRAMSON
702 KING FARM BLVD
ROCKVILLE MD 20850
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Paul S. Berglund**
**Ruth Helen Bingham**
Debtor(s).

SIGNATURE DECLARATION

Case No. **12-34181**

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 9-14-12

X *Paul S Berglund*
Signature of Debtor or Authorized Representative

X *Ruth Helen Bingham*
Signature of Joint Debtor

**Paul S. Berglund**
Printed Name of Debtor or Authorized Representative

**Ruth Helen Bingham**
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)